UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| PAUL CHRISTOPHER VINSON, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 1:04-cv-859 |
| | ) | |
| v. | ) | Honorable Wendell A. Miles |
| | ) | |
| KURT JONES, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## ORDER

      This is a habeas corpus proceeding brought by a state prisoner pursuant to 28 U.S.C. § 2254. On January 7, 2005, the Court entered an order returning the petition for insufficiencies because Petitioner failed to file his petition on the Court's form as required by Rule 2(d) of the RULES GOVERNING § 2254 CASES and W.D. Mich. LCivR 5.6(a). The Clerk of the Court was directed to provide a copy of the form along with the Court's order. Petitioner was directed to file an amended complaint on the form provided by the Court within thirty days. Petitioner was warned that if he failed to comply his case would be dismissed without prejudice. As of March 30, 2005, Petitioner still had not complied with the Court's order. Accordingly, his action was dismissed without prejudice.

      On April 19, 2005, Petitioner filed a motion for reinstatement of his habeas petition (docket #9), in which Petitioner claimed that he never received the Court's order requiring him to file the amended petition or the form petition. The Court issued an order on April 27, providing Petitioner the opportunity to file an amended petition on the requisite form within thirty days. Petitioner's motion

for reinstatement was held abeyance pending his compliance with the Court's order. Petitioner has now filed an amended petition in compliance with the Court's order. Therefore:

IT IS ORDERED that Petitioner's motion for reinstatement of his habeas petition (docket #9) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall reopen this case for further proceedings.

Dated: <u>May 31, 2005</u>     /s/ Wendell A. Miles
                                Senior United States District Judge