UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL CHRISTOPHER VINSON,

    Petitioner,

v.

KURT JONES, Warden,

    Respondent.

                                          /

Case No. 1:04-cv-859

Hon. Wendell A. Miles

## JUDGMENT APPROVING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On June 21, 2005, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that petitioner's application for habeas corpus relief be denied as it is barred by the one-year statute of limitations. No objections were filed to the R&R.

The court, having reviewed the R & R filed by the United States Magistrate Judge in this action and the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R. Therefore, the court hereby approves and adopts the R & R as the decision of the court.

IT IS ORDERED that Petitioner's application for habeas corpus relief be DISMISSED with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it is barred by the one-year statute of limitations.

Dated: July 28, 2005

    /s/ Wendell A. Miles
    Wendell A. Miles
    Senior U.S. District Judge