UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL CHRISTOPHER VINSON,

    Petitioner,

v.

    Case No. 1:04-cv-859

    Hon. Wendell A. Miles

KURT JONES, Warden,

    Respondent.

_____/

## AMENDED JUDGMENT APPROVING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On June 21, 2005, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that petitioner's application for habeas corpus relief be denied as it is barred by the one-year statute of limitations. Petitioner has filed unsigned and undated objections to the R&R.

The court, having reviewed the R & R filed by the United States Magistrate Judge in this action and the relevant portions of the file in this matter, and having reviewed petitioner's objections, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R. Therefore, the court hereby approves and adopts the R & R as the decision of the court.

IT IS ORDERED that Petitioner's application for habeas corpus relief be DISMISSED with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it is barred by the one-year statute of limitations.

Dated: August 1, 2005

    /s/ Wendell A. Miles
    Wendell A. Miles
    Senior U.S. District Judge